✪AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ZACHARY M. STOLOFF<br>defendant. | **CRIMINAL COMPLAINT**<br><br>Case Number: 13-MJ-6130-LTS |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __7/13 - 8/13__ in __Bristol__ County, in
(Date)
the _____ District of __Massachusetts__ defendant(s) did,

(Track Statutory Language of Offense)
18 United States Code, Section 2422(b): whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

in violation of Title __18__ United States Code, Section(s) __2422(b)__ .

I further state that I am a(n) __United States Postal Inspector__ and that this complaint is based on the
Official Title
following facts:

Please see attached Affidavit of United States Postal Inspector Scott W. Kelley

Continued on the attached sheet and made a part of this complaint: ☒ Yes  ☐ No

_____
Signature of Complainant

Scott W. Kelley
Printed Name of Complainant

Sworn to before me and signed in my presence,

9/30/2013                                    Boston          Massachusetts
Date                                         City            State

LEO T. SOROKIN        Chief Magistrate Judge        _____
Name of Judge         Title of Judge                Signature of Judge

| Submit | Go |