# AFFIDAVIT

I, Scott W. Kelley, being duly sworn, depose and state the following:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS), having been appointed to this position in June 2007. I am currently assigned to the Boston Division and I am responsible for the investigation of various crimes, including those relating to the United States Mail. Prior to my appointment as a Postal Inspector, I was a Special Agent with the Naval Criminal Investigative Service (NCIS) for approximately one year and I was responsible for investigations in the interest of the United States Navy and Marine Corp. Prior to my NCIS employment, I was a Postal Inspector with USPIS between approximately September 2003 and June 2006. In my capacity as a Postal Inspector, I have directed, conducted, and participated in many investigations of criminal violations of various federal laws. During the course of these investigations, I have executed or assisted in the execution of search and arrest warrants, interviewed witnesses, and conducted surveillance. Additionally, I am authorized to investigate violations of the laws of the United States and I am a law enforcement officer with the authority to execute federal arrest and search warrants. I have conducted and participated in numerous search warrants, arrests and trials. I have attended training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, and have completed Basic Inspector Training in Potomac, Maryland. Additionally, I have received training in the investigation of crimes involving the sexual exploitation of children by attending numerous seminars and courses. For the past approximately seven years, my responsibilities have also included the investigation of crimes involving child pornography and related sexual offenses.

2. I make this affidavit in support of an application for a criminal complaint against Zachary M. Stoloff (STOLOFF), age 29, year of birth 1984, of Brighton, Massachusetts, charging STOLOFF with a violation of 18 U.S.C. § 2422(b). That statute makes it illegal for any person to use any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

3. The information contained in this affidavit is based on an investigation conducted by this affiant and information I obtained from other law enforcement agents involved in this investigation.

4. This affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant. In submitting this affidavit, I have attempted to summarize the most relevant facts that establish the requisite probable cause. Therefore, I have not included each and every fact of this investigation. Additionally, where conversations or statements are related herein, they are set forth in substance and in pertinent part.

## BACKGROUND OF INVESTIGATION

5. In August 2013, USPIS was contacted by the Massachusetts State Police and a local Police Department in the Commonwealth of Massachusetts for assistance with an investigation regarding the sexual exploitation, coercion, and enticement of a 14 year old girl (referred to herein as "minor victim").

6. On August 24, 2013, the minor victim's parent and the minor victim went to the local police department in their town in the Commonwealth of Massachusetts to report,

among other things, that the minor victim had been in contact with an adult man on the Internet,[1] and she had been persuaded by him via text messages to meet with him and engage in sexual intercourse. As outlined below, further investigation revealed that the individual is Zachary M. Stoloff, a 29 year old male.

### PRELIMINARY CONSENT SEARCH OF MINOR VICTIM'S CELL PHONE AND REVIEW OF MINOR VICTIM'S CELL PHONE ACCOUNT

7.      During the August, 2013, interview, the minor victim's father consented to a search of the minor victim's cell phone, and law enforcement also conducted a partial forensic review of that phone.[2]

8.      The minor victim told officers that after meeting STOLOFF on the Internet, they exchanged cellular telephone numbers. The minor victim assigned "Zach2" to STOLOFF's number in her cellular telephone. The following is a sample of the SMS text messages from STOLOFF to the minor victim on August 18th, and August 22nd, 2013:

| | |
|---|---|
| 8/18/2013  3:17:58 PM | so do you still want to fuck me again? |
| 8/18/2013  3:26:33 PM | so you liked having me inside you? what was your fav part? |
| 8/18/2013  3:27:50 PM | did you like it when I actually fucked you? |

---

[1] The minor victim told officers she met the man on Teenspot.com. The following was taken from the TeenSpot.com website: TeenSpot.com is the premiere entertainment and community website for teenagers! TeenSpot.com offers a wide variety of interactive and daily updated features that make us the most popular and dynamic teen site on the web.

[2] Through my training and experience, I am aware that a mobile telephone carrier is a facility or means of interstate commerce.

| | |
|---|---|
| 8/18/2013  3:29:27 PM | so could you shave your legs and your pussy for me? |
| 8/18/2013  3:30:56 PM | so when can you fuck? |
| 8/18/2013  3:32:41 PM | maybe tonight...ill let you know . . . |
| 8/18/2013  4:00:25 PM | . . . did you like sucking my cock? |
| 8/18/2013  4:03:24 PM | next time im going to cum in your mouth or on you face, ok |
| 8/22/2013  10:32:19 PM | hey what are you doing? |
| 8/22/2013  10:51:05 PM | wanna fuck maybe?  what time could you get out of your house? |
| 8/22/2013  10:52:51 PM | heh... its ok we can do it another night, maybe this weekend |

9. On August 24, 2013, while the minor victim and her parent were at the police department, law enforcement observed the minor victim's phone had received texts from "Zach2"/STOLOFF requesting to meet with the victim.

10. The minor victim was asked if she had ever met with "Zach2"/STOLOFF and she replied in the affirmative. The minor victim reported that after arranging to meet, "Zach2"/STOLOFF drove down to the town in which she resided, met with the minor victim at a pre-arranged location, and then drove her to his apartment where they had sex. The minor victim reported that "Zach2"/STOLOFF was white, about 25 years old, chubby, and that he drove a grey Toyota, possibly a Prius.

11. During the interview with the minor victim on August 24, 2013, she agreed to assist law enforcement and allowed law enforcement to monitor the SMS text conversation with "Zach2"/STOLOFF. The minor victim agreed to respond to "Zach2"/STOLOFF via text and asked him to pick her up. The following is a sample of

the SMS text messages sent between the minor victim and "Zach2"/STOLOFF on August 24th and 25th, 2013:

| | | |
|---|---|---|
| Zach2 | 22:48[3] | "are you still bleeding?" |
| Victim: | 22:50 | "nah, finished yesterday" |
| Zach2: | 23:02 | "are you doing anything? wanna fuck?" |
| Victim: | 23:04 | "Sure, tonight?" |
| Zach2: | 23:10 | "yeah...when can you get out of your house?" |
| Victim: | 23:10 | "My parents are in bed now, im good whenever" |
| Zach2: | 2318 | "can u wear that skirt (or another one just as short) again?" |
| Victim: | 23:20 | "Sure I can wear that" |
| Zach2: | 23:31 | "Okay where do you want me to meet you again?" |
| Victim: | 23:31 | "Same place as last time" |
| Zach2: | 23:32 | "I mean where is that? you must have told me on teenspot because it isnt in these texts" |
| Victim: | 23:33 | "Where XXX XXXXX Street and XXXXXXXX Road meet" |
| Zach2: | 23:33 | "what city?" |
| Victim: | 23:32 | "[minor victim's town in Massachusetts]" |
| Zach2: | 23:49 | "on my way" |
| Victim: | 23:50 | "Ok, cool. What time would u be here?" |
| Zach2: | 23:50 | "45 mins?" |
| Victim: | 23:51 | "Ok, text me when u get her?" |

---

3  Designated in military time.

5

| | | |
|---|---|---|
| Zach2: | 23:59 | "K...wear sexy panties, although im going to take them off immediately heh" |
| Victim: | 00:01 | "Ok, what kind u want?" |
| Zach2: | 00:03 | "no boyshorts but surprise me" |
| Victim: | 00:04 | "Ok, So like bikini or thong? Lol" |
| Zach2: | 00:04 | "bikini" |
| Victim: | 00:04 | "ok, sure :)" |
| Zach2 | 00:36 | "like 5ish mins" |
| Victim: | 00:36 | "Ok, see you in a few" |
| Zach2: | 00:48 | "?" |

12. As a result of the information provided by the minor victim and these text messages, law enforcement officials placed unmarked law enforcement vehicles in the area where the minor victim arranged to meet "Zach2"/STOLOFF. At approximately 12:44 am on August 25, 2013, law enforcement officials observed a small grey Toyota, which the victim, who was located in the vicinity, confirmed looked like the vehicle "Zach2"/STOLOFF had picked her up in previously. Law enforcement officials observed the vehicle make several turns until the vehicle appeared at the prearranged meeting location. The vehicle made what appeared to be a drive-through of the neighborhood, consistent with what the minor victim had told officers that "Zach2"/STOLOFF had done on the previous occasion when he met up with her. At 00:48 hours, "Zach2"/STOLOFF sent a text message to the minor victim the following symbol: "?".

13. Law enforcement then conducted a motor vehicle stop of the grey Toyota vehicle in that same area. Law enforcement identified the operator and sole occupant as STOLOFF. The vehicle was a grey Toyota Corolla registered to STOLOFF.

14. Law enforcement observed a cellular telephone (iPhone 5) located inside the vehicle which was illuminated showing a text conversation with the minor victim's name displayed. Law enforcement seized the iPhone 5 and secured it as evidence. Also seized from STOLOFF's vehicle upon his arrest was a silver iPod 160G, which was also secured as evidence. There was no other cellular phone or iPod in the vehicle or on STOLOFF's person.

15. STOLOFF was placed under arrest and charged with a violation of Massachusetts General Laws, Chapter 265, § 26D, Enticing Child by Means of Electronic Communication.

16. During booking, STOLOFF provided his Brighton, Massachusetts, apartment as his residence. STOLOFF was advised of his Miranda Rights by law enforcement and signed a waiver of those rights. STOLOFF stated he wanted to cooperate but refused to answer question regarding his knowledge of the minor victim or what brought him to the minor victim's town in Massachusetts.

## ADDITIONAL INVESTIGATION

17. On another date in August, 2013, law enforcement officials met with the minor victim regarding her contact with STOLOFF. The minor victim stated STOLOFF previously picked her up and they traveled to an apartment. The minor victim recalled she traveled approximately 50 minutes to STOLOFF'S apartment. She provided specific information relative to STOLOFF's apartment. She further recalled that while in the

apartment she observed a computer monitor and computer located in a particular location.

18. In connection with this investigation, law enforcement was provided consent by the parent of the minor victim and the minor victim to review and take over the minor victim's "Teenspot" account. The minor victim provided law enforcement with her "Teenspot" user name and password. Law enforcement reviewed the "Teenspot" account and the minor victim's age was listed as 14. The section of the account entitled "About Me" contained the following information posted by the minor victim: "Hey, I'm 14 years old, looking for new friends, I'm into math, and hanging, so hope to talk to you soon :)"

19. The undersigned affiant is aware that on August 26, 2013, state search warrants for STOLOFF'S residence located in Brighton, Massachusetts, for STOLOFF's iPhone 5 and iPod 160G, were obtained and executed.

20. A preliminary review of STOLOFF's phone revealed approximately 98 SMS text messages between STOLOFF and the minor victim, from the time period of August 18, 2013 through August 24, 2013, which does not include any deleted messages.

21. The undersigned affiant reviewed the contact list located on STOLOFF's iPhone 5 and, among other things, located a contact in the list identified as "@[minor victim's name]" with a mobile number of "508-405-XXXX", which is the minor victim's telephone number.

22. The following is a sample of the SMS text messages between the minor victim and STOLOFF on July 25, 2013, and was provided by the minor victim's cellular phone provider:

| | | |
|---|---|---|
| Stoloff: | 1:54:38 AM(UTC+0)[4] | heyy... [minor victim's name]? |
| Victim: | 1:55:09 AM(UTC+0) | Yeppers :) |
| Stoloff: | 1:56:04 AM(UTC+0) | ughhh not going to lie... cant wait to get inside you |
| Victim: | 1:56:56 AM(UTC+0) | Lol, I cant wait either But I also cant wait to talk or kiss |
| Victim: | 3:44:58 AM(UTC+0) | Almost here? Theyre all headed to bed |
| Stoloff: | 3:55:39 AM(UTC+0) | unfortunately got delayed a bit but im on myway... don't fall asleep... and remember to wear what I told you lol |
| Victim: | 3:56:29 AM(UTC+0) | Ok, cool :) , I just got out what I was gonna wear |
| Victim: | 4:01:21 AM(UTC+0) | U know how long u gonna be? Intact |
| Stoloff | 4:02:00 AM(UTC+0) | ill try to give you warning |
| Victim: | 4:02:38 AM(UTC+0) | Okeedokee, see u soon then, though I don't totally understand what the wrning is :) |
| Victim: | 4:26:43 AM(UTC+0) | Im getting really anxious, I hope ure almost here |
| Victim: | 4:40:54 AM(UTC+0) | Are u still on ur way? Its taking a while |
| Stoloff: | 4:41:37 AM(UTC+0) | almost |
| Victim: | 4:42:17 AM(UTC+0) | Ok, sorry, I seem to be getting impatient, lol |
| Stoloff: | 4:46:34 AM(UTC+0) | ok come now |
| Victim: | 4:46:46 AM(UTC+0) | Ok, cool |

---

[4] "UTC" stands for coordinated universal time which is a time scale.

| | | |
|---|---|---|
| Victim: | 4:50:26 AM(UTC+0) | I think I mighta saw ur car |
| Stoloff: | 4:51:05 AM(UTC+0) | go to that corner |
| Victim: | 4:51:21 AM(UTC+0) | I am there |

23. The following is a sample of the SMS text messages between the minor victim and STOLOFF on August 14th and 15th, 2013, and was provided by the minor victim's cellular phone provider:

| | | |
|---|---|---|
| Victim: | 10:19:35PM(UTC+0) | Hey |
| Stoloff: | 11:31:03PM(UTC+0) | hey... hows it going? |
| Victim | 11:39:01PM(UTC+0) | Lol, pretty good hbu |
| Stoloff | 11:41:53PM(UTC+0) | good... so did you have fun with me? |
| Victim: | 11:44:05PM(UTC+0) | I did have fun I actually kept thinking about it Did you have fun that night? |
| Stoloff: | 11:44:54PM(UTC+0) | yeah... what part did you like the best? |
| Victim: | 11:48:07PM(UTC+0) | I really liked when you played… |
| Stoloff: | 11:49:28PM(UTC+0) | just how tight your pussy is... cant believe I didn't hurt you more than I did |
| Victim: | 11:56:22PM(UTC+0) | It hurt my stomach most when you put my legs on ur shoulders |
| Victim: | 12:09:06AM(UTC+0) | I was hoping if you wanted to we could do it again |

**VERIFICATION OF SUSPECT PHONE**

24. On August 25, 2013, law enforcement used investigative tools to locate the cell phone provider for the cell phone number of 626-241-xxxx listed as "Zach2" on the minor victim's cell phone. According to AT&T Mobility, that phone number is

registered to:

|  |  |
|---|---|
| Financial Party: | Michael Stoloff |
| Address: | xxx Myrtle Avenue, Glendora, CA 91741 |
| User Information: | Michael Stoloff |
| User Address: | xxx Myrtle Avenue, Glendora, CA 91741 |
| MSISDN: | 626-242-xxxx |
| IMEI/ESN: | 01342800235xxxx |
| Service Start Date: | July 19, 2003 |

25. A records database search found ZACHARY STOLOFF as residing at xxx Myrtle Avenue, Glendora, CA 91741, from on or about April, 2004 to on or about May, 2013.

26. A review of the arrest report pertaining to STOLOFF's August 25, 2013, arrest revealed that STOLOFF listed his father as Michael Stoloff.

## CONCLUSION

27. Based upon the information set forth above, I believe there is probable cause to conclude that between on or about July, 2013, through on or about August, 2013, ZACHARY M. STOLOFF, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempt to do so, in violation of 18 U.S.C. § 2422(b).

*[signature]*
Scott W. Kelley
United States Postal Inspector

Sworn before me on the 30th day of September, 2013

*[signature]*
LEO T. SOROKIN
Chief Magistrate Judge