*[handwritten: while working for patch]*



11 SEP 2014 — 90° Dry

Share your local photos on Patch #GlendoraPatch

# GUSD Tops in API Scores, Lands in Bottom in Per Student Spending

*Glendora Unified say community support and resources make up for the discrepancy in per student spending*

By Zach Stoloff (Open Post) (Users/zach-stoloff)
Updated July 7, 2011 at 3:45 am
(http://smithbox.patch.com/moderators/1728975)



A California Watch study shows that while Glendora Unified School District is among the top 25 percent in state API scores, it is also in the bottom 25 percent in school district spending.

Though it's only been around since August 2009, California Watch has already gained a reputation for its nonpartisan investigative journalism. In the past it turned its gaze on Homeland Security spending and pregnancy health, but recently the Berkeley-based organization has uncovered some interesting information regarding the disparity in school spending throughout the state.




## ACROSS AMERICA

1. 9/11 Anniversary: Residents Recall Nation's Darkest Day
(/new-jersey/englishtown/911-anniversary-residents-recall-nations-darkest-days)

2. Florida Teacher Refuses to Give Standardized Tests
(/florida/navarre/rickey/florida-teacher-refuses-give-standardized-tests)

3. Unhappy Ending: Massage Envy Masseur Gets Arrested For Touching Client's 'Crotch': Cops
(/illinois/elmhurst/unhappy-ending-massage-envy-masseur-gets-arrested-touching-clients-crotch-cops)

4. The Armadillo, the Picture, and the Laundry Basket
(/georgia/loganville/armadillo-picture-and-laundry-basket)

5. A Better World
(/new-jersey/pointpleasant/better-

As this article notes
(http://californiawatch.org/k-12/spending-far-equal-among-state-s-school-districts-analysis-finds-10507), despite the efforts of lawmakers to equalize spending throughout California, that is clearly not the case. However, anyone expecting a correlative trend between per student spending and API (Academic Performance Index) scoring would be mistaken.

In fact, Glendora Unified School District is representative of such a case, seeing a huge disparity between per student spending (compared with the rest of the state) and API scores. With an average of $7,120 spent per student during an academic year, GUSD actually ranks in the bottom 25 percent of schools in California. But conversely, with an API score of 854 in 2010, Glendora actually ranks in the top 25 percent.

Of the five elementary schools in Glendora Unified School District, two schools -- and -- ranked in the top 10 percent statewide, according to rankings from the California Department of Education. Cullen and Sutherland elementary schools both scored above a 900 in API scores.

"Glendora has been considered one of the lower-funded districts in the state," says Glendora Unified Director of K-8 Curriculum and Instruction, Student Welfare, and Categorical Programs Dr. Mary Suzuki. "However, we are more in accordance with other Los Angeles county school districts."

The trend -- or lack of a trend -- also seems to play out with adjacent school district. While Glendora ranks below Azusa Unified, Charter Oak, and Bonita in per student spending, it significantly out classes all three districts in API scoring, with only Bonita coming within 66 points. Al of interest is that Stanton Elementary, traditionally considered Glendora's lowest-income elementary school, saw the biggest jump in API scoring with a 37-point increase.

The reasons to explain what might make up for



### STATE NEWS

**Livermore Golf Pro Pleads 'Guilty' to Abusing Boys He Taught**
(/california/livermore/livermore-golf-pro-pleads-guilty-abusing-boys-he-taught-0)



Andrew Nisbet, 32, faces a term of 27 years in state prison as he faces sentencing on Dec. 6.

**Attorney Convicted of False Imprisonment for Planting Drugs in School Volunteer's Car**
(/california/lakeforest-ca/attorney-convicted-false-imprisonment-planting-drugs-school-volunteers-car)



By deceiving police, Kent Easter caused Kelli Peters to be detained and questioned, a prosecutor said Monday.

**2 L.A. City Councilmen Urge Feds to End Ban on Blood Donated by Men who Had Sex with Other Men**
(/california/northhollywood/2-la-city-councilmen-urge-feds-end-ban-blood-donated-men-who-had-sex-other-men)



The prohibition was put in place in 1983 by the U.S. Food and Drug Administration when scientists had little way of

**Friends Rally Around Young San Clemente Woman who Learned She Has Stage 4 Cancer on her Honeymoon**
(/california/sandemente/friends-rally-around-young-san-clemente-woman-who-learned-she-has-stage-4-cancer-her-honeymoon)

A crowdfunding page has been set up and a fundraiser is planned at Pipes Cafe at press time.

**Feds Target Cross-Border Money Laundering in Lakewood District, Snag 3 Westsiders**
(/california/beverlyhills/feds-

the monetary discrepancy? Community resources, says Suzuki. Not only does Glendora Unified seem to have a larger number of volunteers (both organized groups and individuals) willing to help out, but many in the community are retired educators and civil servants.

In a span of six years, the Foundation for Glendora Unified Schools has saved classes and programs and spared Glendora staff from layoff, donating more than $415,000 in 2009-2010.

"One of the unique attributes of Glendora is the willingness of the community to give back its time," says Suzuki. "We receive hundreds of volunteer hours every month."

### Share This Article

(http://www.addthis.com/bookmark.php)
us&a=google_plusone_share&url=http%3A%2
spending&title=GUSD%20Tops%20%20AP%
%20Schools%20%7C%20Glendora%2C%20Cal
/541256cf04788697/2&frommenu=1&uid=541

Back to Top

5 GOLF SWING TIPS
[illegible]

content=ab_autosized-generated-1r_2-rows PC-Article-View')
content=ab_autosized-generated-1r_2-rows PC-Article-View')
FROM THE WEB

[illegible url]
See All the Looks From the 2014 Met Gala
The Cut

[illegible url]
Amazing, Hard to Believe, Perfectly Timed Photos - Ta...
Amazingly Timed Photos

[illegible url]


target-cross-border-money-laundering-la-fashion-district-snag-3-westsiders)

TOMS
Up to 35% off
ENDS 9/12

**NATIONAL NEWS**

Remembering 9/11: The American Landscape Then and Now (/new-jersey/montclair/remembering-911-american-landscape-then-and-now-0)



Thirteen years later, Americans are still on high alert about terror and national security.

Where Were You on 9/11? (/maryland/annapolis/neverforget-where-were-you-911-0)



"Seeing plane coming right at me. No one knew what had happened." Tell us your 9/11 experience.

Check Out the Boxtrolls Patch (/minnesota/stmichael/welcome-boxtrolls-patch)

Excited for the new movie "Boxtrolls"? Take your kids on a virtual trip to the world where the Boxtrolls live with Boxtrolls Patch.

The Armadillo, the Pickaxe, and the Laundry Basket (/georgia/loganville/armadillo-pickaxe-and-laundry-basket)



What would you do if an armadillo crawled into your bedroom through the cat door while you were trying to read a book?

'I Can't Forget the Eerie Silence' – First Responders Recall Their 9/11 Experiences (/new-jersey/middletown-nj/i-cant-forget-eerie-silence-first-responders-recall-their-911-experiences)



Thirteen years after the tragic events of 9/11, police first responders spoke to Patch about the first hand experiences they'll never forget.



# PARINDIGENE
## walk like you belong

Home | Dream The Future | Write A Constitution | Blog | my PI

Parindigene [puh-
rin-di-jeen]:
alongside the native.

# Using Natives as Logos Dishonors Sports





We Are Climate Change: The
effects of climate change are
no laughing matter. More than
150,000 people die ...

From [unclear] via
Social Policy and Medicine

"Simply put, it's not OK to rally behind a racial slur like 'redskin.' It's not okay to depict an entire group of people (outside of the confines of humor or satire) as a literal cartoon, morphing them into your unfounded conceptions of a savage race prepared to take your scalp. But the kinds of people who don't see also breed the same kind of idiotic thinking that this same logic means the Arizona Cardinals are somehow offensive to birds (if you've ever espoused this argument, you're probably beyond help at this point)," So writes Zach Staudt in the national journal of the New England Sports Network. Read the [unclear]

Follow @parindigene

## New on Facebook



The Shinnecock
tried to reclaim their
New York land in
federal court, but the
judge said they
waited too long to
ask and it would be
too disruptive to ...

See [unclear]

# NESN

## Native American Logos and Monikers Need to Finally Be Removed From Sports

NESN Staff



I am one-eighth Native American. I have no idea if that's relevant to this conversation, as I've visited the Yerington, Nev., Paiute tribe about twice in my life, and primarily have looked at my membership as a way to take advantage of whatever institutionalized affirmative action may exist. I don't self-identify as Native American unless I'm checking a box, and I've never actively been involved with the tribe.

Like I said, I have no idea if this information is relevant, but it seemed a fair disclosure.

However, like many intelligent people, the television show *South Park* has made a huge impact on my social politics and the way in which I view the world. Through the lens of pop culture, this cartoon has become a more meaningful social satire than the highest of New Yorker-approved high art.

Likewise, with the controversy surrounding Native American sports logos back to being a hot topic, it's impossible not to draw a parallel between that debate and one specific episode of *South Park* from all the way back in 2000. The episode, entitled "Chef Goes Nanners" (the entirety of which can be viewed freely and legally by clicking here) involves the changing the flag of the city of South Park, which divides the town over issues of sensitivity versus tradition.

For those out of the loop, the issue of depicting Native Americans in team logos again came up for debate a few weeks ago when new Major League Baseball batting practice cap designs were leaked featuring the old Atlanta Braves screaming Indian logo. The debate was again renewed this week, as Washington D.C. mayor Vincent Gray said he wants the Redskins to talk about changing their name if they move back within city limits.

These two incidents again stirred an old debate of racial sensitivity longstanding tradition.

In the aforementioned *South Park* episode, the town's flag actually features the lynching of an African-American man (which, we admit, is an extreme example). Part of the town wants to change what they view as a racist symbol, while the other half of the town wants to uphold the city's history. And, while Chief Wahoo and the Redskins' logo may not quite be as bad as depicting a lynching, they're much, much closer than their defenders would like to admit.

Ultimately, the conclusion that *South Park* comes to is that "sometimes history isn't worth

defending," and that is absolutely the case with these antiquated, flatly racist depictions.

The problem isn't just that these logos are racist, but that a large number of people don't even pretend to see how they could be viewed as problematic. Moreover, these are the kinds of people likely to go on the offensive, deriding the pro-P.C. crowd for bullying. But while political correctness can absolutely go too far, this is not such an instance.

Simply put, it's not OK to rally behind a racial slur like "redskin." It's not okay to depict an entire group of people (outside of the confines of humor or satire) as a literal cartoon, morphing them into your unfounded conceptions of a savage race prepared to take your scalp. But the kinds of people who don't see also breed the same kind of idiotic thinking that this same logic means the Arizona Cardinals are somehow offensive to birds (if you've ever espoused this argument, you're probably beyond help at this point).

There are plenty of instances throughout the history of humanity where history has been left behind, rather than being saved, because it's not consistent for what we should strive for as a society. Likewise, as a society, we should strive for something greater than needing to root for logos with generalizing, untrue, racist roots.

But again, the problem is the individual, and why so many people feel that this is such a wholly important piece of history that its overt racism outweighs the personal need to preserve it for preservation's sake. To that, the only reply can be further questions.

Why is the Redskins' logo so important to you? Why does it ultimately matter so much to you to keep a baseball cap's logo in place or to continue to refer to your team by a name which you would never, ever dare to actually call another human being? Why is this history so worthy of being preserved?

I suspect that many of the answers to these questions have little to do with the subject actually at hand, but rather a general distaste for political correctness in general. But, whatever the reason, it's clear that those who continue to stand behind symbols such as the racist Native American logos which continue to populate sports are on the wrong side of history.

These depictions, sooner rather than later, are going to be only a part of history, and those still pining for them will be left behind to revel in the past while the rest progress towards a higher target.

<< Previous Article Next Article >> Roy Hodgson Has Few Arguments....

# More Special People

Grade 4 Students of Mrs. Gamborg
Cullen School



Zack Stoloff and his parents, Michael and Marley



Chad Barrile and his mom, Caleb

### By Zack Stoloff

I am going to write about someone special in my life. This person is not one but two people. These people are my parents. My parents love me a lot and I am thankful for that. They take me to baseball practice, they play catch with me, they take me to baseball some, and do a lot of other things. They understand me and my feelings when I'm in a good or bad mood, happy, sad, joyful or playful. I try to help them by knowing their schedule so I know when they're busy or not. I love them, understand the, and leave them alone when they need their space. I help out around the house when I can. They help me by explaining things to me loving me and understanding. My parents and I like Star Trek. My dad and I can talk for along time about theories and ideas. My mom and I both like fishing so we are a lot alike. We all depend on each other in one way or another

### By Chad Barrile

I'd like to (tell) you about a special person, my mom. My mom is special because she is always thinking about me. She helps me out with problems at home and at school. She takes me places when she needs to go somewhere else. When i'm around her I feel special. She will use her working time to bring me my lunch if I forget it. She makes me feel wanted. When we go on vacation she lets me single ski first. She uses her time off to help me with my homework. My mom is very special to me and she will always be.





### By Jessica Arauza

I'd like to tell you about to very special people in my life they are my Nina and Nino They are special to me because they are nice, caring, and they always do things for me. Some of the things they do are they call me, make me feel good inside, and make me feel proud of myself. Special things they do are they give me things that are very special and take me places. Some places they take me are to their house and sometimes take me to restaurants. I spend my time with them when I visit them or they visit me



Jessica Arauza and her godparents, Cindy and Ron Mora