The Hon. F. Dennis Saylor IV
U.S. Courthouse
District of Massachusetts
1 Courthouse Way, Boston MA 02210

Re: Zach Stoloff

Dear Judge Saylor:

I have known Zach Stoloff for seven years and in that time he has shown himself to be a responsible, hard-working model student and worker.

I was his advisor at Cabrillo College, where he was the editor in chief of the campus newspaper. In that time he worked long hours to put out the newspaper and supervised a staff of more than 30 people. It was a stressful job, which he handled in a highly professional and sensitive manner.

As you can imagine, there was a range of personalities and egos involved in producing what is one of the few examples of democracy you can hold in your hand, and Zach bridged them all and resolved conflicts in the most judicious manner, finding ways to get the problems solved without bruising egos or damaging morale. I was always amazed at how well he handled each project and assume he will produce great work in his life still, regardless of the tough challenges he faces now.

I can remember long nights when we faced breaking news and tight deadlines, and Zach stayed until 2 a.m. supervising a devoted staff of stalwarts. They bonded around him because he was a good leader and had a real sense of fairness and duty. He is a person who will benefit society and will learn from his mistake. Knowing him, I'm sure he's already learned his lesson and is suffering an imponderable mountain of regret.

As an editor, he had a real sense of right and wrong that he demonstrated over the course of years. You can't lead a team as he did for a year without earning the respect of some serious, dedicated people who after long hours together can really judge someone. Zach passed all of their tests from students of all ages.

I read about his crime and was, of course, shocked. I haven't spoken to him, but I can only imagine that he spent so much time working bad hours that he didn't have time to put together a satisfying social life. That led to the kind of loneliness and powerlessness behind his horrifying mistake.

That said, I think this was an aberration that would never happen again. I read about the name he gave his server, and anyone who knows Zach would agree that he has an edgy sense of humor, and he chose that name because it was the furthest thing from reality for him. He's a great fan of South Park and that is right out of that cartoon. He did it not because that is his pattern, but because it was ironic and absurd to him, not even possible in his imagination.

I compare him to kid who knows not to play with matches and doesn't do it for his whole life, and then one day does the opposite of what he knows is right and accidentally burns down the house. We've all done something stupid and regrettable and that's what this was, the one mistake of an otherwise solid citizen and faithful person.

I hope you will judge him as you would a good friend or family member who made one bad error. This is not a bad person. In fact, he's a very good one with a bright future who will help the world. Please do everything in your power not to dim this promise.

Sincerely,

*Bradley Kava*

Bradley Kava
Journalism Department Chair
Cabrillo College
Aptos, CA 95003
(408) 656-1519

Daniel E. Briggs
███████████
Glendora, CA 91740
September 24, 2014


The Honorable F. Dennis Saylor IV
U.S. Courthouse
District of Massachusetts
1 Courthouse Way
Boston, MA, 02210


Dear The Honorable F. Dennis Saylor IV:

I'm writing on behalf of Zachary Stoloff. This letter is intended to articulate and draw upon my shared memories growing up with Zach in order to contribute, along side the other reference letters, to a more comprehensive level of insight into Zach's character. In so doing, please use my words along with the words of others writing on his behalf as an additional tool in your evaluation of the facts and totality of not only the set of circumstances involved, but also the greater lives of all whom are connected.

Zach has had a major presence in my life for longer than I can remember clearly. He has journeyed through life with me for so long now that I cannot even recall the first moment we met. I am certain however, that we first met while participating in several honors and advanced placement classes. Zach has always demonstrated two clear characteristics: one, he is very intelligent; and two, his intelligence has aided him in always possessing the courage to think for himself and form his own opinion.

These two characteristics were very enviable for others and me. It was easy to quickly befriend him to leverage his abilities in various group assignments. In working with Zach, I found more than just a highly intelligent person that could help with some of the mental heavy lifting. I found a deeply thoughtful, dependable and caring person striving to forge long-lasting and meaningful friendships with others.

As we continued our journey through our high school years and into the early college years, Zach became the kind of friend everyone should have. He always kept us in check and out of trouble by being responsible when it mattered most. From always volunteering to be a designated driver or thwarting some other moronic hair-brained idea we all put forth as a suitable (or funny) course of action, he always cut through the group mentality we all adopted unknowingly and reminded us to use our brains!

The Honorable F. Dennis Saylor IV
Page 2

Some of the fondest memories I share with Zach are our countless road trips up and down the west coast. Those days were all filled with adventure and friendship. He was always the first one to initiate or sign up for a road trip. I think for him, the time on the road represented invaluable bonding time with the friendships he valued the most. On the road, there were no normal day-to-day distractions or obligations to distract. Zach was always a person of moderation and quality over excess and quantity. He contributed to and got much more out of having a few great friends as opposed to being apart of a larger social group full of superficial acquaintances.

For years, Zach introduced me to countless new ideas, great bands and ball games as well as what it is to feel truly central and apart of another's life. Of all the friends I've had that have come and gone, few others have sustained their commitment to a life long friendship like Zach. Even though we've taken different paths in life, there is not a doubt in my mind that if I was ever in a dire situation, needed his unfiltered advice regarding a personal dilemma, or even simply found myself stranded miles and miles from home, Zach would always be there to pick me up.

I'm proud to call myself a lifelong friend to Zach. Writing this letter only reminds me and strengthens my resolve to be there for Zach during these troubled times; as he undoubtedly would be for me. Zach is an amazing person and is an important piece to the countless other lives he has been apart of in his own journey. He is a gifted individual and still has much he can contribute to our society and to the greater meaning or higher purpose we all strive to better understand.

I thank you in advance for your time and consideration. I plead for leniency on behalf of my friend.

Sincerely,


Daniel E. Briggs