

Paige M. Irvine

Brooklyn, NY 11238

September 23, 2014

The Honorable F. Dennis Saylor IV
U.S Courthouse
District of Massachusetts
1 Courthouse Way
Boston, MA 02212

Re: Zachary M. Stoloff

Dear Honorable Judge Saylor,

Zach has been a friend of mine throughout the past decade. He was a part of a group of close friends with whom I had already mostly developed friendships with in high school, particularly an ex-boyfriend of mine who had died in an accident weeks after graduating from Columbia University. Our first conversations took place in mourning at the dinner table of this late friend's parents' house. A few years later, when Zach eventually moved to New York to take up his graduate studies at Columbia University, we began to develop a friendship outside of chance encounters. We have not developed the sort of friendship that involved us spending most of our time with each other. We were, instead, occasional pals. That is not to say that our friendship was superficial either. When Zach could be pulled away from academics we would go for long walks and open up a dialogue.

I have appreciated Zach's company because conversations with him were more than topical. We would share musical recommendations, trade fantasy football picks and discuss the divergent directions our friends' lives were taking, i.e. who was building a family, who was in medical school, who was seeking a new way to get rich quick, who we had lost to misfortune. Inasmuch, he is a person with whom banality and bias were forgone; a rare kind of person with whom I can discuss personal politics without a conflict arising. He is respectful of people's opinions and differences. Zach is very intelligent and logical. His wit escalated mine. Our discussions were sometimes debates, each of us drawing on both empirical and theoretical wells of knowledge to come to a new conclusion or leave with a new perspective. I was working as a mental health counselor at the time, so cloudy concepts like self-awareness, altruism and stigma were omnipresent. And yet, many conversations with my rational companion left me feeling clarity. He was a much-needed patient and impartial confidant.

The Honorable F. Dennis Saylor IV
September 23, 2014
Page 2

    Two years ago I was living in South Korea and, aided by long distances and flipped schedules, fell out of touch with many friends from home. Zach kept in touch though. He took a job in Boston and moved out of New York. I hoped to keep him as a friend and see him again when I returned. It's hard to find a companion like him, one respectful of others' time and space, opinions, directions, and who will keep in touch. Because my friendship with Zach began with the loss of a shared friend I know the importance it is to him to live a life worthwhile, of hoping his actions will make a positive contribution. I know him as a conscientious person who makes thoughtful, benevolent choices. And I know that he continues to hope that his life will be for good.

    Thank you for taking the time to read this letter and considerate the weight of its words. I hope it helps you see the character that is worthwhile in Zach.

                                           Sincerely,

                                           [signature]

September 10, 2014

Kyle Preston Hutchinson

Glendora, CA 91741

The Honorable F. Dennis Saylor IV
U.S. Courthouse
District of Massachusetts
1 Courthouse Way, Boston, MA, 02210

Your Honor,

    Zach has been a close friend of mine ever since we were classmates in the 5th grade. I had just moved with my mother to California from Virginia while my parents were going through a divorce. I remember crying during school every day for the first 2 weeks, until I met Zach. During our recess, he introduced himself and challenged me in a game of chess. I told him that I didn't know how to play chess, so he offered to teach me. At that moment, neither him nor I knew that we would be close friends for 20 more years, but, looking back, I am grateful for the day that I met Zach.

    During our high school and college years, Zach introduced me to many new bands to listen to. Most of the concerts that I saw were because he bought extra tickets for his friends. After every concert, Zach always shared his experience with much enthusiasm and we were always eager to listen.

    We formed a group of friends that were the kind to sit in a restaurant together and have interesting conversation for hours before we went back to one of our homes to play video games. Zach hated that we played video games and would rather us pay more attention to each other, but I knew he was happy just to be with his friends.

    Our friendship has lasted over many years because we can always count on each other for guidance. When I needed help deciding on a major to declare in college, Zach and I sat down in the library and he helped me research most of the universities in California. We were able to take many of the same college courses together and we excelled in each one.

    I have viewed Zach as a great friend and mentor for many years and appreciate all of the time that we spent together.

    Sincerely,

*[signature: Kyle Hutchinson]*