UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff,        )<br>                                 )<br>v.                              )<br>                                 )<br>ZACHARY STOLOFF        )<br>        Defendant.        ) | COURT NO. 1:13-CR-10310-001-FDS |

### SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Zachary Stoloff, by payment in full.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By:   /s/ Brendan T. Mockler
BRENDAN T. MOCKLER (BBO 569140)
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3197
brendan.mockler@usdoj.gov

DATE: August 2, 2017

### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2017, this document was filed through the ECF system and sent to Zachary Stoloff located in Fort Dix, NJ, and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

  /s/ Brendan T. Mockler
BRENDAN T. MOCKLER
Assistant U.S. Attorney