July 9, 2021

US District Court
Office of the Clerk
One Courthouse Square
Suite 2300
Boston, MA  02210-3002

FILED
IN CLERKS OFFICE

2021 JUL 14  AM 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE:  US v STOLOFF
     Case No. 1:13-cr-10310

To whom it may concern,

    I hope this finds you well. I am the defendant in the above referenced matter. I am attempting to verify whether my supervision post incarceration has been transferred to the Southern District of California.

    Earlier this year, I signed a waiver of appearance to allow this Court to modify my conditions of Supervised Release. I was told this had occurred by my Unit Team sometime in May, 2021. My family, however, has not been able to find evidence of this change on PACER, nor have I received any copy of any new Court order. I am simply seeking to confirm that my supervision has been transferred from the District of Massachusetts to the Southern District of California. Any information your office can provide to clarify this would be greatly appreciated.

    I would also appreciate an updated copy of the Docket Sheet for this matter. It may be sent to me at the address below.

    Thank you for your prompt attention. I look forward to hearing from you soon.

Respectfully,

Zachary Stoloff
Reg. No. 95611-038
FCI-Fort Dix
PO Box 2000
Joint Base MDL, NJ  08640